**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 3, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CHAD E. GOMEZ,

    Defendant - Appellant.

No. 24-3192
(D.C. No. 6:23-CR-10113-JWB-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **HOLMES**, Chief Judge, **McHUGH** and **ROSSMAN**, Circuit Judges.
_____

Chad E. Gomez pleaded guilty to one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1). The district court sentenced him to 120 months' imprisonment. Although his plea agreement contains an appeal waiver, Mr. Gomez appealed.

The government moves to enforce the appeal waiver under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc) (per curiam). In response, Mr. Gomez, having consulted with his counsel, "advises the Court and the United States that he does not oppose the relief sought in the Motion." Aplt. Resp. at 1.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Accordingly, we grant the government's motion to enforce the appeal waiver and dismiss this appeal.

Entered for the Court

Per Curiam